### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDY RICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-2603-RLY-MJD |
| ) | |
| NAPACO PROPERTIES, LLC and ) | |
| WHITE RIVER VALLEY PIZZA HUT, ) | |
| LTD., LLC. ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL, WITH PREJUDICE

Plaintiff, Judy Rice, and Defendants, Napaco Properties, LLC and White River Valley Pizza Hut, Ltd., LLC, by their respective counsel, respectfully stipulate and request this entire cause and any and all claims asserted therein, be dismissed, WITH PREJUDICE, costs paid.

| PARR RICHEY FRANDSEN PATTERSON KRUSE LLP | KIGHTLINGER & GRAY, LLP |
|---|---|
| */s/Anthony W. Patterson* | */s/Erin A. Clancy* |
| Anthony W. Patterson | |
| Katherine M. Moore | Erin Clancy, # 21962-49 |
| John M. McLaughlin | 211 N. Pennsylvania Street, Suite 300 |
| 225 West Main Street | Indianapolis, IN 46204 |
| P.O. Box 668 | eclancy@k-glaw.com |
| Lebanon, IN 46052-0668 | *Attorney for Defendants* |
| tpatterson@parrlaw.com | |
| kmoore@parrlaw.com | |
| jmclaughlin@parrlaw.com | |
| *Attorney for Plaintiff* | |