# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| JUDY RICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:21-cv-2603-RLY-MJD ) |
| NAPACO PROPERTIES, LLC and WHITE RIVER VALLEY PIZZA HUT, LTD., LLC. | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL, WITH PREJUDICE

Upon the stipulation of the parties, and the request for dismissal, with prejudice, it is ordered that the above entitled cause and all claims asserted therein be dismissed, WITH PREJUDICE, costs paid.

SO ORDERED this 22nd day of September 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:
Copies to all counsel of record via CM/ECF

200920\62239319-1